IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QUENTIN ROBINSON, : | |
| : | |
| Petitioner, : | |
| : | CIVIL NO. 5:15-CV-329-MTT-MSH |
| VS. : | |
| : | |
| HILTON HALL, : | |
| : | |
| Respondent. : | |

## ORDER

Petitioner Quentin Robinson, a state prisoner currently confined at the Lee State Prison in Leesburg, Georgia, filed a petition for writ of habeas corpus that was transferred to this Court, and he also filed for leave to proceed *in forma pauperis*. In a previous order, the United States Magistrate Judge denied Petitioner's motion to proceed *in forma pauperis* and ordered Petitioner to pay the $5.00 filing fee. Petitioner was given twenty-one (21) days to comply with the Court's order and was warned that failure to comply with the Court's order may result in dismissal of his petition. (Order 1-2, Sept. 17, 2015, ECF No. 9.)

When Petitioner failed to comply, the Magistrate Judge ordered Petitioner to respond and show cause why his petition should not be dismissed for failure to comply with the Court's order. Petitioner's response was due within twenty-one (21) days of the date of the Order, and Petitioner was again advised that failure to respond could result in dismissal of Petitioner's petition for failure to comply. (Order 1-2, Oct. 27, 2015, ECF

No. 12.)

The time for responding to the Show Cause Order has passed, and Petitioner has still failed to respond. Thus, because of Petitioner's failure to pay the required filing fee, failure to comply with the Court's instructions and orders, and failure to otherwise diligently prosecute this action, his petition shall be **DISMISSED without prejudice.** *See* Fed. R. Civ. P. 41; *see also Slack v. McDaniel*, 529 U.S. 473, 489 (2000) (noting that the failure to comply with a court order is grounds for dismissal in a habeas case).

**SO ORDERED**, this 2nd day of December, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
